### MILLER *et al. v.* CROSBY, administrator.

GILBERT, J. "Where exception is taken to the refusal to grant an interlocutory injunction, affidavits used on the hearing of the application must be brought up in the bill of exceptions, or be attached as exhibits to the bill of exceptions and duly identified by the presiding judge, or be included in a brief of the evidence approved and made a part of the record, and thus brought to this court." Civil Code (1910), §§ 6140, 6143; *Roberts* v. *Cairo,* 133 *Ga.* 642 (66 S. E. 938). None of the evidence material to a consideration of the errors complained of is lawfully before this court in such manner that it can be considered; and the only questions made by the assignments of error necessarily involving a consideration of the evidence, the

*Judgment is affirmed. All the Justices concur.*

No. 140. MAY 17, 1917.

Petition for injunction. Before Judge Highsmith. Appling superior court. December 30, 1916.

*J. M. Swain Jr.,* for plaintiffs.

*Padgett & Watson,* for defendant.